**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **JAMES J. PALMIERI,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 04-138-P-S ) |
| **NYNEX LONG DISTANCE CO.,** d/b/a **VERIZON ENTERPRISE SOLUTIONS,** | ) ) ) ) |
| Defendants | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 28, 2005, his Recommended Decision (Docket No. 33). Plaintiff filed his Objection to the Recommended Decision (Docket No. 34) on April 7, 2005. Defendant filed its Response (Docket No. 37) to those objections on April 18, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. Palmieri has conceded Verizon's entitlement to summary judgment as to Counts II and IV of his Complaint. Verizon is entitled to prevail with respect to Counts I and III of the Complaint. Defendant's Motion for Summary Judgment (Docket No. 24) is <u>GRANTED</u> in its entirety.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 22nd day of April, 2005.